UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

    v.

CALIFORNIA NURSES ASSOCIATION/ C.H.E.U.,

    Defendants.

_____/

No. C 10-4031 PJH

**ORDER**

The court is in receipt of a document entitled "Response to Appellees' [R]eply to Appellant's [R]esponse to District Judge's Order," filed in the above-entitled action by pro se plaintiff John Shek. The document, which is largely incomprehensible, references Federal Rule of Civil Procedure 60(b).

To the extent that plaintiff intended to seek an order to set aside the judgment pursuant to Rule 60(b), the motion is DENIED. Plaintiff has not provided grounds for relief under any provision of Rule 60(b).

**IT IS SO ORDERED.**

Dated: January 10, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge